FILED

07 MAY -8 PM 12: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No 07CR0356-GT |
| Plaintiff, ) | |
| v. ) | ORDER |
| JOSE LUIS PENA-BAZAN, ) | |
| Defendant. ) | |

UPON application of the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Todd W. Robinson, Assistant U.S. Attorney, and good cause appearing therefor,

IT IS HEREBY ORDERED that the the search warrant in connection with the above-referenced case be **unsealed and then sealed back** in order to allow the United States Probation to use factual information contained in the search warrant affidavit in its PSR.

DATED: 5-7-07

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge