FILED

SEP 1 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr0356-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING DATE FOR SENTENCING HEARING |
| | ) | |
| JOSE LUIS PENA BAZAN, | ) | |
| Defendant. | ) | |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in Criminal Case No. 07CR0356-GT be continued from September 25, 2007 at 9:00 a.m., to December 11, 2007 at 9:00 a.m. The Court finds that there is excludable time under the Speedy Trial Act until the acceptance of the plea.

DATED: September 17, 2007.

GORDON THOMPSON, JR., District Judge
UNITED STATES DISTRICT COURT