FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br> JOSE LUIS PENA BAZAN,                )<br>                                     )<br>              Defendant.             )<br>                                     )<br>_____) | Case No. 07-CR-0356-GT<br><br>ORDER |

IT IS HEREBY ORDERED that the sentencing in the above titled matter is continued from January 29, 2008 to February 21, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 24, 2008

_____
Honorable Gordon Thompson, Jr.
United States District Judge

Case No: 07-CR-0356-GT