FILED

MAY 28 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS PENA BAZAN,<br><br>Defendant. | Case No. 07-CR-0356-GT<br><br>ORDER TO EXONERATE PERSONAL SURETY BOND AND RECONVEY TRUST DEED |

IT IS HEREBY ORDERED that the personal surety bond is exonerated and the trust deed on the property located at 39863 Knoll Ridge Drive, Temecula California 92591 be reconveyed and further that the original trust deed and request for full reconveyance be mailed to Omar Lopez at 39863 Knoll Ridge Drive, Temecula California 92591.

IT IS SO ORDERED.

Dated: May 28, 2008

*/s/ Gordon Thompson Jr.*
Honorable Gordon Thompson Jr.
United States District Judge

Case No. 07-CR-0356-GT